MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

   1301 Clay St., 3rd Floor
   Oakland, California 94612
   Telephone:  (510) 637-3740
   Fax: (510) 637-3724
   E-Mail: aaron.wegner@usdoj.gov

Attorneys for the United States

<br>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 4-13-70494-MAG |
|    Plaintiff, ) | [~~PROPOSED~~] ORDER AND STIPULATION FOR CONTINUANCE FROM MAY 21, 2013 TO JUNE 19, 2013 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) AND WAIVING TIME LIMITS UNDER RULE 5.1 |
|    v. ) | |
| AHUIZOTI MENDOZA-BAHENA, ) | |
|    Defendant. ) | |

     An arraignment or preliminary hearing is currently scheduled in the case on May 21, 2013, at 9:30 a.m.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order scheduling an arraignment or preliminary hearing date of June 19, 2013 at 9:30 a.m. before the duty magistrate judge, and documenting the defendant's waiver of the preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from May 21, 2013 to June 19, 2013.  The parties agree, and the Court finds and holds, as follows:

     1.  The defendant is currently in custody.

     2.  The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into

1   account the exercise of due diligence.

2      3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for
3   preliminary hearing.

4      4. Counsel for the defense believes that postponing the preliminary hearing is in his
5   client's best interest, and that it is not in his client's interest for the United States to indict the
6   case during the normal 14-day timeline established in Rule 5.1.

7      5. The Court finds that, taking into the account the public interest in the prompt
8   disposition of criminal cases, these grounds are good cause for extending the time limits for a
9   preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances,
10  the Court finds that the ends of justice served by excluding the period from May 21, 2013 to
11  June 19, 2013, outweigh the best interest of the public and the defendant in a speedy trial.  18
12  U.S.C. § 3161(h)(8)(A).

13     6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary
14  hearing date before the duty magistrate judge on June 19, 2013, at 9:30 a.m., and (2) orders that
15  the period from May 21, 2013 to June 19, 2013, be excluded from the time period for
16  preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act
17  calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

19  IT IS SO STIPULATED:

21  DATED: May 13, 2013          /s/
22                            JOYCE LEAVITT
                              Attorney for Defendant

24  DATED: May 13, 2013          /s/
25                            AARON D. WEGNER
                              Assistant United States Attorney

27  IT IS SO ORDERED.

28  DATED: 5/13/13              Kandis Westmore
                             HON. KANDIS A . WESTMORE
                             United States Magistrate Judge