1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  AARON D. WEGNER (CABN 243809)
   Assistant United States Attorney
5
       1301 Clay St., 3rd Floor
6      Oakland, California 94612
       Telephone: (510) 637-3740
7      Fax: (510) 637-3724
       E-Mail: aaron.wegner@usdoj.gov
8
   Attorneys for the United States
9

10
                       UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                              OAKLAND DIVISION
13
   UNITED STATES OF AMERICA,         )   No. 4-13-70494-MAG
14                                   )
           Plaintiff,                )   AMENDED STIPULATION AND ORDER
15                                   )   TO CONTINUE PRELIMINARY
      v.                             )   HEARING AND EXCLUDE TIME
16                                   )   UNDER THE SPEEDY TRIAL ACT AND
                                     )   RULE 5.1
17 AHUIZOTL MENDOZA-BAHENA,          )
                                     )
18                                   )
           Defendant.                )
19 _____  )

20

21     An arraignment or preliminary hearing is currently scheduled in the case on June 19,

22 2013, at 9:30 a.m. With the agreement of the parties, and with the consent of the defendant, the

23 Court enters this order scheduling an arraignment or preliminary hearing date of July 17, 2013 at

24 9:30 a.m. before the duty magistrate judge, and documenting the defendant's waiver of the

25 preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time

26
   Amended Stip. Req. to Continue Preliminary
   Hearing and Exclude Time, No. 4-13-70494-
   MAG

1 under the Speedy Trial Act, 18 U.S.C. § 3161(b), from June 19, 2013 to July 17, 2013.  The

2 parties are still waiting for the DEA laboratory to finish testing the alleged contraband in this

3 case.  The completed reports will be important to the parties in their attempt to resolve the case.

4 Therefore, the parties agree, and the Court finds and holds, as follows:

5      1. The defendant is in custody.

6      2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C.

7 § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into

8 account the exercise of due diligence.

9      3. The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for

10 preliminary hearing.

11      4. Counsel for the defense believes that postponing the preliminary hearing is in his

12 client's best interest, and that it is not in his client's interest for the United States to indict the

13 case during the normal 21-day timeline established in Rule 5.1.

14      5. The Court finds that, taking into the account the public interest in the prompt

15 disposition of criminal cases, these grounds are good cause for extending the time limits for a

16 preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances,

17 the Court finds that the ends of justice served by excluding the period from June 19, 2013 to July

18 17, 2013, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C.

19 § 3161(h)(8)(A).

20      6. Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary

21 hearing date before the duty magistrate judge on July 17, 2013, at 9:30 a.m., and (2) orders that

22 the period from June 19, 2013 to July 17, 2013, be excluded from the time period for preliminary

23 hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations

24 ///

25 ///

26

Amended Stip. Req. to Continue Preliminary
Hearing and Exclude Time, No. 4-13-70494-
MAG                                                  2

///

///

under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED:

DATED: June 6, 2013                             /S/
AARON D. WEGNER
Assistant United States Attorney

DATED: June 6, 2013                             /S/
JOHN PAUL REICHMUTH
Counsel for defendant

IT IS SO ORDERED.

June 7, 2013
_____
DONNA M. RYU
United States Magistrate Judge

Amended Stip. Req. to Continue Preliminary
Hearing and Exclude Time, No. 4-13-70494-
MAG                                      3