1   MELINDA HAAG (CABN 132612)
    United States Attorney

2

3   J. DOUGLAS WILSON (DCBN 412811)
    Chief, Criminal Division

4   AARON D. WEGNER  (CABN 243809)
    Assistant United States Attorney

5

6       1301 Clay St., 3rd Floor
        Oakland, California 94612
        Telephone:  (510) 637-3740

7       Fax: (510) 637-3724
        E-Mail: aaron.wegner@usdoj.gov

8

    Attorneys for the United States

9

10

                        UNITED STATES DISTRICT COURT

11

                      NORTHERN DISTRICT OF CALIFORNIA

12

                             OAKLAND DIVISION

13

    UNITED STATES OF AMERICA,          )      No. 4-13-70494-MAG
14                                      )
                Plaintiff,              )      STIPULATION AND [PROPOSED]
15                                      )      ORDER TO CONTINUE PRELIMINARY
        v.                              )      HEARING AND EXCLUDE TIME
16                                      )      UNDER THE SPEEDY TRIAL ACT AND
                                        )      RULE 5.1
17   AHUIZOTL MENDOZA-BAHENA,           )
                                        )
18                                      )
                Defendant.              )
19   _____)

20

21          An arraignment or preliminary hearing is currently scheduled in the case on July 17,

22   2013, at 9:30 a.m.  With the agreement of the parties, and with the consent of the defendant, the

23   Court enters this order scheduling an arraignment or preliminary hearing date of July 30, 2013 at

24   9:30 a.m. before the duty magistrate judge, and documenting the defendant's waiver of the

25   preliminary hearing date under Federal Rule of Criminal Procedure 5.1 and the exclusion of time

26   under the Speedy Trial Act, 18 U.S.C. § 3161(b), from July 17, 2013 to July 30, 2013.  The

government recently turned over additional discovery and the parties are meeting and conferring regarding resolving the case pursuant to a plea agreement.  Therefore, the parties agree, and the Court finds and holds, as follows:

1.  The defendant is in custody.

2.  The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3.  The defendant waives the time limits of Federal Rule of Criminal Procedure 5.1 for preliminary hearing.

4.  Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case during the normal 21-day timeline established in Rule 5.1.

5.  The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Given these circumstances, the Court finds that the ends of justice served by excluding the period from July 17, 2013 to July 30, 2013, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

6.  Accordingly, and with the consent of the defendant, the Court (1) sets a preliminary hearing date before the duty magistrate judge on July 30, 2013, at 9:30 a.m., and (2) orders that the period from July 17, 2013 to July 30, 2013, be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations

///

///

///

///

1    under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

2

3    IT IS SO STIPULATED:

4

5    DATED: July 15, 2013                                      _____/S/_____
                                                               AARON D. WEGNER
6                                                              Assistant United States Attorney

7

8    DATED: July 15, 2013                                      _____/S/_____
                                                               JOHN PAUL REICHMUTH
9                                                              Counsel for defendant

10   IT IS SO ORDERED.

11
     July  15 , 2013                                           _Kandis Westmore_____
12                                                             HON. KANDIS A. WESTMORE
                                                               United States Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26